# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 02-1787

———————

Joseph McDowell,                                  *
                                                  *
        Appellant,                          *    Appeal from the United States
                                                  *    District Court for the
    v.                                          *    Eastern District of Missouri.
                                                  *
Ann Brown, Chairperson, United States  *    [UNPUBLISHED]
Consumer Product Safety Commission,    *
                                                  *
        Appellee.                           *

———————

Submitted: March 7, 2003
Filed: March 13, 2003

———————

Before BYE, FAGG, and RILEY, Circuit Judges.

———————

PER CURIAM.

    Joseph McDowell appeals from the district court's[1] adverse grant of summary judgment in his action against the United States Consumer Product Safety Commission alleging race discrimination and retaliation for participating in the Equal Employment Opportunity process. Having reviewed de novo the record and carefully considered the parties' briefs, we agree with the district court's bases for granting

———————

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

summary judgment. <u>See</u> <u>Whitley v. Peer Review Sys., Inc.</u>, 221 F.3d 1053, 1055 (8th Cir. 2000) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.